| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2004

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Takasugi, Robert M | US Dist.Ct-Central Dist-Calif. | 5/13/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Dist. Judge-Senior Status | ○ Nomination, Date <br> ○ Initial ● Annual ○ Final | 1/1/2004 <br> to <br> 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 520 U.S. Courthouse <br> 312 N. Spring Street <br> Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Takasugi, Robert M | 5/13/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | South Whittier School District |
| 2. 2004 | State Teachers' Retirement System |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Alliance Mortgage Co. | Rental Property Mortgage | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Takasugi, Robert M | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Southland Civic Credit Union | A | Interest | J | T | | | | | |
| 2. Union Bank of CA | A | Interest | J | T | | | | | |
| 3. Washington Mutual | A | Interest | J | T | | | | | |
| 4. Bank of America | A | Interest | J | T | | | | | |
| 5. Allianz Life Ins. Co. | E | Interest | M | T | | | | | |
| 6. Jackson National Life. Ins. Co. | B | Interest | L | T | | | | | |
| 7. Rental Prop., Whittier, CA | C | Rent | L | W | | | | | |
| 8. Alpha Hospitality Common Stock | G | Dividend | N | T | | | | | |
| 9. Elsinore Corp. | A | Dividend | J | T | | | | | |
| 10. Compositech Common Stock | | None | K | T | | | | | |
| 11. Jenkon Int'l Common Stock | | None | K | T | | | | | |
| 12. Ramtron Intl. Common Stock | | None | K | T | | | | | |
| 13. Conexant Common Stock | | None | L | T | | | | | |
| 14. Juniper Networks Common Stock | | None | J | T | | | | | |
| 15. Siebel System Common Stock | | None | K | T | | | | | |
| 16. Xilinx Common Stock | | None | L | T | | | | | |
| 17. Jabil Circuit Common Stock | | None | K | T | | | | | |
| 18. Fundamental Investors (IRA) | B | Distribution | L | T | Partial Sale | 10/28 | J | E | |

1. Income/Gain Codes (See Columns B1 and D4): A =$1,000 or less  B =$1,001-$2,500  C =$2,501-$5,000  D =$5,001-$15,000  E =$15,001-$50,000  F =$50,001-$100,000  G =$100,001-$1,000,000  H1 =$1,000,001-$5,000,000  H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3): J =$15,000 or less  K =$15,001-$50,000  L =$50,001-$100,000  M =$100,001-$250,000  N =$250,000-$500,000  O =$500,001-$1,000,000  P1 =$1,000,001-$5,000,000  P2 =$5,000,001-$25,000,000  P3 =$25,000,001-$50,000,000  P4 =More than $50,000,000

3. Value Method Codes (See Column C2): Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash/Market  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Takasugi, Robert M | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Newport Corp. Common Stock | | None | K | T | | | | | |
| 20. AMGEN Common Stock | | None | L | T | | | | | |
| 21. Applied Materials Common Stock | | None | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Takasugi, Robert M | 5/13/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu_____          Date 5/13/2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544